IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EDWARD BROWN**                                                                      **PLAINTIFF**

v.                                       **CIVIL ACTION NO. 5:16-CV-124-KS-MTP**

**WILKINSON COUNTY SHERIFF'S
DEPARTMENT,** *et al.*                                                            **DEFENDANTS**

### ORDER

On February 28, 2017, Plaintiff filed a Motion for Leave to File an Amended Complaint [40] and Motion for Discovery [41]. Defendants shall respond to each motion on or before **March 14, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to reply, he must do so within seven days of the filing of Defendants' responses, but no later than **March 21, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and Defendants' responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __1st__ day of __March__, 2017.

                                                         __s/Keith Starrett__
                                                         UNITED STATES DISTRICT JUDGE