# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**EDWARD BROWN**                                                    **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 5:16-CV-124-KS-MTP**

**WILKINSON COUNTY SHERIFF**
**DEPARTMENT, et al.**                                                **DEFENDANTS**

## **JUDGMENT**

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants. Plaintiff's claims are dismissed with prejudice, except for his claims against the inmate defendants, Greg Chambers, Kendrick Davis, and Darrius Kilburn, which are dismissed without prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 4th day of April, 2018.

                                                              *s/Keith Starrett*
                                                              UNITED STATES DISTRICT JUDGE